UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                              6:14-cr-80-ORL-36TBS

BRIAN NEWTON

_____

<u>ORDER</u>

Pending before the Court is Defendant Brian Newton's Motion Authorizing Funds for Copies (Doc. 32).  The 25 count indictment alleges that Defendant and Co-Defendant Victoria Snow conspired to commit mail and wire fraud.  (Doc. 1).  On April 17, 2014, the Court appointed CJA counsel to represent Defendant.  (Doc. 25).

Defendant's lawyer represents that discovery is voluminous and that the cost of printing copies is approximately $1,700.  (Doc. 32).  Defendant is moving the Court for an Order authorizing funds to pay for the copies.  (<u>Id.</u>).

Title 18 U.S.C. § 3006A(e)(1) provides that a person who is financially unable to pay for services necessary for adequate representation may request the funds in an ex parte application.  Defense counsel represents that copies of the discovery are needed so that she may diligently represent her client.  (<u>Id.</u>).

Upon due consideration, the motion is GRANTED.  Counsel for Defendant is authorized to incur up to a maximum of $1,700 in printing costs to obtain a copy of the discovery in this case.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on May 8, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel